UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
OSMEL RODRIGUEZ,                                   Case No. 11-12734-LMI
    Debtor
_____/                    Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing and Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 28TH day of March 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Antonio Toledo, Private Lender
16266 SW 47th ST
Miami, FL 33185

Litton Loan Servicing, LP                          Litton Loan Servicing, LP
c/o Larry Litton, CEO                              Corporation Service Company, R.A.
4828 Loop Central Dr.                              1201 Hays Street
Houston, TX 77081                                  Tallahassee, Florida 32301

Litton Loan Servicing, LP
c/o Litton Consumer and Corp. Servicing, Inc.
295 Cheptea Way, 4th Floor
Salt Lake City, UT 84108