**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-12734-LMI__

☒ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Osmel Rodriguez                              CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-1529                  Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

- A.  $ __200.70__ for months __1__ to __60__ ;
- B.  $_____ for months _____ to _____ ;
- C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $ 2,500.00
                  Balance Due      $ 1,750.00  payable $ 145.84 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                   Arrearage on Petition Date $_____
Address _____           Arrears Payment $_____/month (Months____ to ___)
        _____           Arrears Payment $_____/month (Months____ to ___)
        _____           Regular Payment $_____/month (Months____ to ___)

2. _____                Arrears Payment $_____
   _____                Arrears Payment $_____/month (Months____ to ___)
   _____                Regular Payment $_____/month (Months____ to ___)
                                             Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Antonio Toledo Loan#rodriguez01 Prop Address: 4967 E 8th Ct Hialeah, FL 33013 | Homestead Property $157,480.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                                   Total Due $_____
                                             Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ __34.79__ month (Months __1__ to __12__). Pay $180.63/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying Litton Loan Servicing (Loan#xxxxxx3785) and Wells Fargo (Loan #xxxxxx9001) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ [signature]_                            _____
Debtor                                       Joint Debtor
Date: 05/03/11                               Date: _____

LF-31 (rev. 06/02/08)